# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: RUDLOFF, KIMBERLY W.   § Case No. 15-19426-ABG
§
§
Debtor(s)   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $49,850.00                    Assets Exempt: $54,350.00
(without deducting any secured claims)

Total Distribution to Claimants: $19,293.14     Claims Discharged
                                                Without Payment: $32,049.26

Total Expenses of Administration: $3,231.98
```

3) Total gross receipts of $ 22,525.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,525.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,231.98 | 3,231.98 | 3,231.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 51,342.40 | 51,342.40 | 19,293.14 |
| **TOTAL DISBURSEMENTS** | $0.00 | $54,574.38 | $54,574.38 | $22,525.12 |

4) This case was originally filed under Chapter 7 on June 03, 2015. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2017         By: /s/JOHN E. GIERUM
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 23696 N. Elm Road, Lincolnshire, Illinois 60069, | 1110-000 | 22,525.12 |
| **TOTAL GROSS RECEIPTS** | | **$22,525.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN E. GIERUM | 2100-000 | N/A | 3,002.51 | 3,002.51 | 3,002.51 |
| Trustee Expenses - JOHN E. GIERUM | 2200-000 | N/A | 1.84 | 1.84 | 1.84 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.20 | 10.20 | 10.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.11 | 13.11 | 13.11 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.43 | 34.43 | 34.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.22 | 32.22 | 32.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.41 | 34.41 | 34.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.06 | 30.06 | 30.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.23 | 33.23 | 33.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.97 | 29.97 | 29.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,231.98** | **$3,231.98** | **$3,231.98** |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. as agent for | 7100-000 | N/A | 49,815.16 | 49,815.16 | 18,719.24 |
| 2 -2 | Larry J. Meyer | 7100-000 | N/A | 1,500.00 | 1,500.00 | 563.66 |
| 3 | Atlas Acquisitions LLC (ShopHQ) | 7100-000 | N/A | 27.24 | 27.24 | 10.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $51,342.40 | $51,342.40 | $19,293.14 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-19426-ABG  
**Case Name:** RUDLOFF, KIMBERLY W.

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 06/03/15 (f)  
**§341(a) Meeting Date:** 07/30/15  

**Period Ending:** 09/13/17

**Claims Bar Date:** 11/04/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  23696 N. Elm Road, Lincolnshire, Illinois 60069, Imported from original petition Doc# 1 | 400,000.00 | 116,244.00 | | 22,525.12 | FA |
| 2  Checking account at JP Morgan Chase Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 3  General and ordinary household goods and furnish Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4  Necessary wearing apparel Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 5  Whole life insurance insurance with CUNA (Husban Imported from original petition Doc# 1 | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 6  401(K) with Colgate Imported from original petition Doc# 1 | 35,000.00 | 0.00 | | 0.00 | FA |
| 7  IRA with Morgan Stanley Imported from original petition Doc# 1 | 7,000.00 | 4,500.00 | | 0.00 | FA |
| 7  Assets  **Totals** (Excluding unknown values) | **$449,850.00** | **$126,744.00** | | **$22,525.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

obtained house sale proceeds from divorce sale, evaluating claims, to do TFR

collected house sale proceeds, to do TFR

**Initial Projected Date Of Final Report (TFR):** December 31, 2017     **Current Projected Date Of Final Report (TFR):** June 1, 2017 (Actual)

Printed: 09/13/2017 10:42 AM     V.13.30

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 15-19426-ABG | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** RUDLOFF, KIMBERLY W. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******6866 - Checking Account |
| **Taxpayer ID #:** **-***6485 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/13/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/16 | {1} | Kimberly W. Rudloff | SALE PROCEEDS | 1110-000 | 9,000.00 | | 9,000.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,990.00 |
| 10/27/16 | {1} | Kimberly Weller | SALE PROCEEDS | 1110-000 | 13,525.12 | | 22,515.12 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.11 | 22,502.01 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.43 | 22,467.58 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.22 | 22,435.36 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.41 | 22,400.95 |
| 02/03/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2017 FOR CASE #15-19426, Bond Premium 02-01-17 to 02-01-18 | 2300-000 | | 10.20 | 22,390.75 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.06 | 22,360.69 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.23 | 22,327.46 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.97 | 22,297.49 |
| 07/26/17 | 102 | Midland Credit Management, Inc. as agent for | First and Final Distribution | 7100-000 | | 18,719.24 | 3,578.25 |
| 07/26/17 | 103 | Larry J. Meyer | First and Final Distribution | 7100-000 | | 563.66 | 3,014.59 |
| 07/26/17 | 104 | Atlas Acquisitions LLC (ShopHQ) | First and Final Distribution | 7100-000 | | 10.24 | 3,004.35 |
| 07/26/17 | 105 | JOHN E. GIERUM | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,004.35 | 0.00 |
| | | | Dividend paid 100.00% 3,002.51 on $3,002.51; Claim# ; Filed: $3,002.51; Reference: TEE | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 1.84 on $1.84; Claim# ; Filed: $1.84 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,525.12 | 22,525.12 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,525.12 | 22,525.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,525.12** | **$22,525.12** | |

{} Asset reference(s) Printed: 09/13/2017 10:42 AM V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-19426-ABG | | **Trustee:** | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| **Case Name:** | RUDLOFF, KIMBERLY W. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******6866 - Checking Account |
| **Taxpayer ID #:** | **-***6485 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 09/13/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
|  | **Checking # ******6866** | 22,525.12 | 22,525.12 | 0.00 |
|  |  | **$22,525.12** | **$22,525.12** | **$0.00** |

{} Asset reference(s)                                                                                     Printed: 09/13/2017 10:42 AM    V.13.30